UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY, and        Docket No.:
GEICO CASUALTY COMPANY,                     1:22-cv-02343(EK)(SJB)

                              Plaintiffs,

                -against-
TOWN SUPPLY, INC., OLGA IZRAYEV, and JOHN
DOES "1" THROUGH "10,"

                              Defendants.
-----------------------------------------------------------------X

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively, the "Plaintiffs"), hereby dismiss, without prejudice, all claims in this action asserted by Plaintiffs against Defendants Town Supply, Inc. and Olga Izrayev.

Dated: November 30, 2022

| RIVKIN RADLER LLP | GARY TSIRELMAN P.C. |
|---|---|
| By: /s/ *Jennifer Abreu* <br>     Michael A. Sirignano, Esq. <br>     Barry I. Levy, Esq. <br>     Jennifer Abreu, Esq. <br> 926 RXR Plaza <br> Uniondale, New York 11556 <br> (516) 357-3000 <br> *Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company* | By: _____ <br>     Gary Tsirelman, Esq. <br> 129 Livingston Street <br> Second Floor <br> Brooklyn, NY 11201 <br> (516)745-1122 <br> *Attorneys for Defendants, Town Supply, Inc. and Olga Izrayev* |